**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert C Strain | Social Security number or ITIN xxx–xx–8896 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Dina C Strain | Social Security number or ITIN xxx–xx–1713 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   12–15632–JNP

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert C Strain                              Dina C Strain

8/9/17

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Robert C Strain  
Dina C Strain  
    Debtors

Case No. 12-15632-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Aug 09, 2017  
                Form ID: 3180W     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.

```
db/jdb         +Robert C Strain,   Dina C Strain,   2213 Shamrock Lane,   Millville, NJ 08332-3662
aty            +Powers Kirn LLC,   728 Marne Highway,   Moorestown, NJ 08057-3128
trfee          +American Student Assistance Guarantor,   100 Cambridge Street,   Suite 1600,
                 Boston, MA 02114-2567
513020155      +American Student Assistance Guarant,   100 Cambridge Street, Suite 1600,
                 Boston, MA 02114-2567
512927345      +DTA Solutions,   9428 Baymeadows Road,   Suite 360,   Jacksonville, FL 32256-7961
512832546       Equifax,   PO Box 30272,   Tampa, FL 33630-3272
512832547      +Experian,   PO Box 2002,   Allen, TX 75013-2002
516502047      +Fay Servicing, LLC,   Bankruptcy Department,   440 S. LaSalle Street, Suite 2000,
                 Chicago, IL 60605-5011
515748175       Federal National Mortgage Assoc.,   (Fannie Mae) c/o Seterus, Inc.,   PO Box 1047,
                 Hartford, CT 06143-1047
512832550       Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
512832551      +Powers Kirn LLC,   728 Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
512832552      +Pressler and Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
512832554      +Seterus Inc.,   14523 Sw Millikan Way Street,   Beaverton, OR 97005-2352
512832555      +TransUnion,   PO Box 2000,   Chester, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2017 22:31:09     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2017 22:31:07     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Aug 09 2017 22:23:00     Santander Consumer USA, Inc.,
                 P.O. Box 562088, Suite 900-North,   Dallas, TX  75247,   UNITED STATES 75356-2088
512832542      +E-mail/Text: bknotices@conduent.com Aug 09 2017 22:32:01     ACS/Dept of Education,
                 501 Bleecker Street,   Utica, NY 13501-2401
513297452       EDI: PHINAMERI.COM Aug 09 2017 22:23:00     Americredit Financial Services, Inc.,
                 PO Box 183853,   Arlington TX 76096
512909173       EDI: PHINAMERI.COM Aug 09 2017 22:23:00     AmeriCredit Financial Services, Inc.,
                 PO Box 183853,   Arlington, Texas   76096
512899681       EDI: BANKAMER2.COM Aug 09 2017 22:23:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102
512832548       EDI: BANKAMER.COM Aug 09 2017 22:23:00     FIA Card Services,   PO Box 982235,
                 El Paso, TX  79998-2235
512932198      +EDI: OPHSUBSID.COM Aug 09 2017 22:23:00     Candica, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
512832543       EDI: CAPITALONE.COM Aug 09 2017 22:23:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
512832544      +EDI: CITICORP.COM Aug 09 2017 22:23:00     Citi Card,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
512832545       EDI: DISCOVER.COM Aug 09 2017 22:23:00     Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
513196963       EDI: ECMC.COM Aug 09 2017 22:23:00     ECMC,   P. O. BOX 16408,   ST. PAUL, MN 55116-0408
514064174       EDI: RMSC.COM Aug 09 2017 22:23:00     GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
512832549      +EDI: PHINAMERI.COM Aug 09 2017 22:23:00     GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
513179231       EDI: RESURGENT.COM Aug 09 2017 22:23:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
512942211       E-mail/Text: bknotices@conduent.com Aug 09 2017 22:32:00     MHEAC,   c/o ACS,   PO BOX 22724,
                 LONG BEACH, CA  90801-5724
512977329      +EDI: OPHSUBSID.COM Aug 09 2017 22:23:00     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513148557      +EDI: OPHSUBSID.COM Aug 09 2017 22:23:00     PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
512845434       EDI: DRIV.COM Aug 09 2017 22:23:00     SANTANDER CONSUMER USA,   P.O. BOX 560284,
                 DALLAS, TX 75356-0284
512832553      +EDI: DRIV.COM Aug 09 2017 22:23:00     Santander Consumer USA,   PO Box 961245,
                 Dallas, TX 76161-0244
                                                                                              TOTAL: 21
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Aug 09, 2017
                               Form ID: 3180W           Total Noticed: 35

512927349*     +DTA Solutions,    9428 Baymeadows Road,    Suite 360,    Jacksonville, FL 32256-7961
516502048*     +Fay Servicing, LLC,     Bankruptcy Department,    440 S. LaSalle Street, Suite 2000,
                Chicago, IL 60605-5011
513189988      ##Seterus, Inc.,    PO Box 7162,    Pasadena, CA 91109-7162
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:

```
              Carrie J. Boyle    on behalf of Joint Debtor Dina C Strain cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com
              Carrie J. Boyle    on behalf of Debtor Robert C Strain cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Joni L. Gray    on behalf of Debtor Robert C Strain joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;r39848@notify.bestcase.com
              Joni L. Gray    on behalf of Joint Debtor Dina C Strain joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;r39848@notify.bestcase.com
              Leonard R. Wizmur    on behalf of Joint Debtor Dina C Strain lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r
               62202@notify.bestcase.com
              Leonard R. Wizmur    on behalf of Debtor Robert C Strain lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r
               62202@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
                                                                                             TOTAL: 14
```